Robert C. Bowman, Jr. (State Bar No: 232388)
LAW OFFICES OF BOWMAN & ASSOCIATES
*A Professional Corporation*
3230 Ramos Circle
Sacramento CA 95827
Telephone: (916) 923-2800
Facsimile: (916) 358-8689
robert@bowmanandassoc.com

Attorneys for Plaintiff
Vinesh Singh

BARBARA A. BLACKBURN, Bar No. 253731
LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
Telephone: 916.830.7200
Fax No.: 916.561.0828

ELLIOT WILSON, Bar No. 307336
LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, CA 92101-3577
Telephone: (619) 232-0441
Fax No.: (619) 232-4302

Attorneys for Defendant
TIFFANY AND COMPANY (incorrectly sued as "TIFFANY AND CO")

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINESH SINGH<br>      Plaintiff,<br>  v.<br>TIFFANY AND COMPANY<br>      Defendants. | Case No. 2:17- CV-0840- MCE-GGH<br><br>**STIPULATION FOR REQUEST OF DISMISSAL AND ORDER** |

TO DEFENDANT, THEIR ATTORNEY OF RECORD, JUDGE MORRISON ENGLAND JR, AND ALL OTHER INTERESTED PARTIES:

**NOTICE IS HEREBY** given that the parties in this action, acting by and through their attorneys, have come to a resolution with regards to the instant action.

///

-1-

Plaintiff hereby, pursuant to Fed. R. P. 41(2) requests a dismissal with prejudice in consideration of a negotiated settlement executed by them, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney fees and costs.

DATED: 8-8-18       LAW OFFICES OF BOWMAN AND ASSOCIATES, A.P.C.

By: */s/ Robert C Bowman Jr. (authorized in 9/25/18)*
    ROBERT C. BOWMAN JR
    Attorney for Plaintiff
    VINESH SINGH

DATED: September 25, 2018       LITTLER MENDELSON, P.C.

By:*/s/ Barbara A. Blackburn*
    BARBARA BLACKBURN
    Attorney for Defendant
    TIFFANY AND COMPANY

### ORDER

This matter came before the Court on a Notice of Settlement and Request for Dismissal with Prejudice filed by Plaintiff in this action. As there are no counter claims pending in this matter, the Request for Dismissal with Prejudice is hereby Granted, and this matter is dismissed with prejudice. The Clerk of the Court is directed to close the case.

IT IS ORDERED.

Dated: September 28, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE